UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 24-960

Caption [use short title]: United States v. Alisigwe

Motion for: Leave to File Amicus Brief in Support of Defendant–Appellant and Extension of Time in Which to File

Set forth below precise, complete statement of relief sought:

Proposed amici respectfully request leave to participate as amici curiae in this case. Proposed amici also request a 21-day extension of time to file their proposed brief. The proposed new deadline is September 11, 2024.

MOVING PARTY: Knight First Amendment Institute at Columbia University

OPPOSING PARTY: United States

- [ ] Plaintiff
- [ ] Defendant
- [ ] Appellant/Petitioner
- [ ] Appellee/Respondent

MOVING ATTORNEY: Jameel Jaffer

OPPOSING ATTORNEY: Meredith Foster

[name of attorney, with firm, address, phone number and e-mail]

Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302, New York, NY 10115
jameel.jaffer@knightcolumbia.org; 646-745-8500

U.S. Attorneys' Office for S.D.N.Y.
One Saint Andrew's Plaza, New York, NY 10278
212-637-1115

Court- Judge/ Agency appealed from: Judge Valerie Caproni

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes
- [ ] No (explain): _____

Opposing counsel's position on motion:
- [x] Unopposed
- [ ] Opposed
- [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [x] No
- [ ] Don't Know

Is the oral argument on motion requested?
- [ ] Yes
- [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?
- [ ] Yes
- [x] No  If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?
- [ ] Yes
- [ ] No

Has this relief been previously sought in this court?
- [ ] Yes
- [ ] No

Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**

_Jameel Jaffer_   Date: 8/16/2024

Service :
- [x] Electronic
- [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| |
|---|
| United States of America, |
| Appellee, |
| v. |
| Chinwendu Alisigwe, |
| Defendant–Appellant. |

Case No. 24-960

**CORPORATE DISCLOSURE STATEMENT**

The Knight First Amendment Institute at Columbia University has no parent corporations, and no publicly held corporation owns ten percent or more of its stock. The Knight Institute is a non-profit, non-partisan organization governed by a nine-member board of directors, five of whom are associated with Columbia University.

The Reporters Committee for Freedom of the Press is an unincorporated association of reporters and editors with no parent corporation and no stock.

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANT–APPELLANT AND FOR EXTENSION OF TIME TO FILE AMICUS BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26, 27, and 29, and Local Rules 27.1 and 29.1, proposed amici the Knight First Amendment Institute at Columbia University and the Reporter's Committee for the Freedom of the Press move for leave to file an amicus brief in this case in support of Defendant–Appellant

1

and move for a 21-day extension of time to file an amicus brief. Proposed amici request leave to file their brief by September 11, 2024. Proposed amici have notified the parties of their intent to file this motion. Defendant–Appellant consents to the relief proposed amici seek. The government takes no position. Neither party intends to file a response to this motion.

In support of their motion, proposed amici state as follows:

1. As organizations that advocate for the First Amendment rights of the press and public, proposed amici have a strong interest in ensuring that searches of electronic devices at the border honor constitutional limits. Proposed amici have filed briefs on this issue in numerous cases. *See, e.g.*, *United States v. Xiang*, 67 F.4th 895 (8th Cir. 2023); *Alasaad v. Mayorkas*, 988 F.3d 8 (1st Cir. 2021); *United States v. Sultanov*, No. 22 Cr. 149 (NRM), 2024 WL 3520443 (E.D.N.Y. July 24, 2024).

2. In addition, proposed amicus the Knight Institute has litigated a case under the Freedom of Information Act for records relating to the government's use of its border search authority to search electronic devices. *See Knight First Amendment Inst. at Columbia Univ. v. Dep't of Homeland Sec.*, No. 17 Civ. 548 (TSC) (D.D.C. 2017).

3. Proposed amici have a particularly strong interest in this case because it is the first in which the Second Circuit will consider the constitutionality of warrantless electronic device searches at the border.

4. Proposed amici submit that their expertise on the constitutional issues at stake for the press and the public would be valuable to the Court in analyzing Defendant–Appellant's appeal of the district court's denial of his motion to suppress.

5. Defendant–Appellant's brief was filed on August 14, 2024. *See* Dkt. 20. Under Federal Rule of Appellate Procedure 29(a)(6), proposed amici's brief would normally be due by Wednesday, August 21, 2024.

6. Proposed amici learned that this appeal would go forward only when Defendant–Appellant's brief was filed. Entries on the district court docket earlier this summer indicated that Defendant–Appellant had decided not to proceed with the appeal and would withdraw it. *See United States v. Alisigwe*, No. 22 Cr. 425 (VEC) (S.D.N.Y. 2024), ECF Nos. 143–46.

7. In addition, proposed amici have conflicting deadlines and previously scheduled leave that would make filing an amicus brief next week difficult.

3

8. Proposed amici believe that a 21-day extension of time in which to file an amicus brief would allow them to ensure their arguments are researched carefully and presented in a way that would be most helpful to this Court. Accordingly, proposed amici respectfully request that the Court grant them leave to appear as amici curiae and to file their amicus brief by September 11, 2024.

August 16, 2024

Respectfully submitted,

/s/ Jameel Jaffer
Jameel Jaffer
Stephanie Krent
Scott Wilkens
Knight First Amendment Institute at
  Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jameel.jaffer@knightcolumbia.org

*Counsel for Amici Curiae*

4