# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of August, two thousand twenty-four,

United States of America,

    Appellee,

v.

Chinwendu Alisigwe, AKA Sealed Defendant 1,

    Defendant - Appellant.

**ORDER**
Docket No. 24-960

Counsel for APPELLEE United States of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 13, 2024 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before November 13, 2024.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court