# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of August, two thousand twenty-four.

Before:      Sarah A. L. Merriam,
                     *Circuit Judge.*

---

United States of America,

         Appellee,

   v.

Chinwendu Alisigwe, AKA Sealed Defendant 1,

         Defendant - Appellant.

---

**ORDER**

Docket No. 24-960

The Knight First Amendment Institute at Columbia University and the Reporter's Committee for the Freedom of the Press move for leave to file an amicus brief in support of Appellant and for an extension of time to September 11, 2024 to file the amicus brief.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court