**Federal Defenders**
OF NEW YORK, INC.

Appeals Bureau
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8742 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Daniel Habib
*Attorney-in-Charge*

April 24, 2026

**BY ACMS**

Honorable Catherine O'Hagan Wolfe
Clerk
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

> Re:   *United States v. Alisigwe,* **No. 24-960, argued March 28, 2025, before Menashi, Lee, C.JJ., and Gonzalez, D.J.**

Dear Ms. Wolfe,

Appellant Chinwendu Alisigwe submits this letter pursuant to Federal Rule of Appellate Procedure 28(j) to bring to the panel's attention the Supreme Court's recent grant of certiorari on the question: "Whether *Stinson v. United States*, 508 U.S. 36 (1993), still correctly states the rule for the deference that courts must give the commentary to the Sentencing Guidelines." *Beaird v. United States*, No. 25-5343, certiorari granted (U.S. April 20, 2026). The petitioner argues that after *Kisor v. Wilkie*, 588 U.S. 558 (2019), guideline commentary is not entitled to deference unless the guideline itself is "genuinely ambiguous." Petition for Certiorari 16-17, *Beaird*, No. 25-5343 (U.S. Aug. 11, 2025). Most significantly, the government has agreed "that *Kisor* sets the standard for determining whether particular Guidelines commentary is entitled to deference." Brief in Opposition 9, *Beaird*, No. 25-5343 (U.S. Jan. 9, 2026).

The government's position in *Beaird* supports Alisigwe's argument in Point II of its opening brief that the commentary to U.S.S.G. 2B1.1,

requiring the court to base loss on intended loss if it was greater than actual loss, was invalid after *Kisor* and the district court erred in applying that commentary to increase Alisigwe's offense level. This argument was foreclosed in this Circuit by this Court's opinion in *United States v. Rainford*, 110 F.4th 455, 475 n.5 (2d Cir. 2024), and Alisigwe preserved the argument for further review (App. Reply). The Supreme Court's certiorari grant and concession by the Solicitor General in *Beaird* call *Rainford*'s holding into question.

Respectfully submitted,

/s/ Colleen P. Cassidy
Colleen P. Cassidy, Esq.
Federal Defenders of New York

cc: Government Counsel (by ACMS)

2