# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of October, two thousand twenty-six.

Before: Eunice C. Lee,
*Circuit Judge.*

United States of America,

Appellee,

v.

Chinwendu Alisigwe,

Defendant - Appellant.

**ORDER**

Docket No. 24-960

Appellant moves for an extension of time, to and including December 2, 2026, to file a petition for rehearing or rehearing en banc.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

SECOND CIRCUIT
UNITED STATES
COURT OF APPEALS